[No. 21520-9-II.    Division Two.    December 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ALPHONZE PAUL BASSETT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-00419-9, Waldo F. Stone, J., entered December 4, 1996. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Seinfeld, J.

[No. 14668-5-III.    Division Three.    December 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD WILLIAM MORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 94-1-50223-8, Dennis D. Yule, J., entered January 31, 1995. *Reversed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 15054-2-III.    Division Three.    December 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY LEE HARTZOG, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 95-1-00144-4, Craig Matheson, J., entered July 19, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown, J., and Thompson, J. Pro Tem.

[No. 15378-9-III.    Division Three.    December 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LEOPOLD D. KAIRUZ, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 95-1-50265-1, Dennis D. Yule, J., entered December 5, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.